# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                          Plaintiff,

vs.

JOSE C. GOMEZ,

                          Defendant.

Case No. 19CR0674-AJB

**JUDGMENT OF DISMISSAL**

FILED JUN 27 2019 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- ☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- ☐ the Court has dismissed the case for unnecessary delay; or
- ☐ the Court has granted the motion of the Government for dismissal, without prejudice; or
- ☒ the Court has granted the motion of the defendant to Dismiss the Informaion
- ☐ a jury has been waived, and the Court has found the defendant not guilty; or
- ☐ the jury has returned its verdict, finding the defendant not guilty;
- ☒ of the offense(s) as charged in the Information:

  8 USC 1326(a),(b) Attempted Reentry of Removed Alien (Felony)

Dated: 6/24/2019

Hon. ANTHONY J. BATTAGLIA [Judge]
United States District Judge